IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNEDY,

        Plaintiff,

v.

        Case No. _____

HODGES, et al.,

        Defendants.

**[Proposed] ORDER**

The Plaintiff request that this Court enter judgment in his favor and against all the Defendants: concerning:

    (a)    Awarding compensatory damages to the Plaintiff for emotional stress humiliation embarrassment and anxiety;

    (b)    Awarding compensatory damages to the Plaintiff for past legal expenses, and costs, research expenses, photocopies, postage, and attorney fees, In the approximate amount of $15,000 for Plaintiff's costs in the Fed. Cl. claims named herein;

    (c)    Awarding punitive damages against Sweeney, Wolski, Hodges, and Bruggink;

    (d)    Awarding the cost of this action, together with reasonable attorney fees and expenses;

    (e)    Awarding compensatory damages to the Plaintiff for unpaid claims, lost wages, travel expenses, and other monetary damages in the presently undetermined amount;

    (f)    Awarding other damages that are provided by statute and/or under 42 U.S.C. section 1983, 1985 and/or 1988;

    (g)    Granting such other and further relief as the court deems appropriate and just.

        is granted._____
        is not granted._____

Date:_____

_____
By the Court