UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
OCT 0 8 2019
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-2766 (UNA) |
| ROBERT H. HODGES, *et al.*, | ) |
| Defendants. | ) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: October __7__, 2019

_____
CHRISTOPHER R. COOPER
United States District Judge